No. D–535.   IN RE DISBARMENT OF ROMANO.   It is ordered that Salvatore L. Romano, Jr., of Providence, R. I., be suspended from the practice of law in this Court and that a rule issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. 29, Orig.   TEXAS ET AL. *v.* COLORADO.   Stipulated motion for dismissal granted and cause dismissed with prejudice.   JUSTICE MARSHALL took no part in the consideration or decision of this case.   [For earlier order herein, see, *e. g.*, 391 U. S. 901.]

No. 84–1273.   REGENTS OF THE UNIVERSITY OF MICHIGAN *v.* EWING.   C. A. 6th Cir.   [Certiorari granted, 470 U. S. 1083.] Motion of respondent for leave to file a supplemental brief after argument granted.

No. 84–1560.   PRESS-ENTERPRISE CO. *v.* SUPERIOR COURT OF CALIFORNIA FOR THE COUNTY OF RIVERSIDE.   Sup. Ct. Cal. [Certiorari granted, *ante,* p. 899.]   Motion of respondent to supplement the record and leave to file supplemental appendix granted.

No. 84–1737.   UNITED STATES *v.* AMERICAN COLLEGE OF PHYSICIANS.   C. A. Fed. Cir.   [Certiorari granted, 473 U. S. 904.] Motion of respondent to dismiss writ of certiorari as improvidently granted is denied.

No. 85–21.   SQUARE D CO. ET AL. *v.* NIAGARA FRONTIER TARIFF BUREAU, INC., ET AL.   C. A. 2d Cir.   [Certiorari granted, *ante,* p. 815.]   Motions of C. D. Ambrosia Trucking Co., Inc., et al. and Western Fuels Association, Inc., for leave to file briefs as *amici curiae* granted.   Motion of the Solicitor General for leave to participate in oral argument as *amicus curiae* and for divided argument granted.

No. 85–88.   PAULUSSEN *v.* HERION.   Super. Ct. Pa.   [Probable jurisdiction noted, *ante,* p. 899.]   Motion of Children's Defense Fund et al. for leave to file a brief as *amici curiae* granted.

No. 85–202.   OFFSHORE LOGISTICS, INC., ET AL. *v.* TALLENTIRE ET AL.   C. A. 5th Cir.   [Certiorari granted, *ante,* p. 816.] Motion of Kenneth G. Engerrand for leave to file a brief as *amicus curiae* granted.